UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:11-cv-1367 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| VICTOR JOEL GREEN, | ) | |
|     Defendant. | ) | |
| | ) | |

## JUDGMENT

Having remanded the action for lack of subject matter jurisdiction, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 5, 2012                                               /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge