UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FANNIE MAE,  Plaintiff,  -v-  VICTOR JOEL GREEN,  Defendant. | No. 1:11-cv-1367  HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having remanded the action for lack of subject matter jurisdiction, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Plaintiff and against Defendant.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 5, 2012              /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     Chief United States District Judge